In the Matter of the Transfer Tax upon the Estate of GEORGE ALLON FULLER, Deceased. STATE TAX COMMISSION, Appellant; JOSEPH D. TOOKER and Another, as Executors, etc., of GEORGE ALLON FULLER, Deceased, Respondents.— Order

---

* Affd., 265 N. Y. 619.

affirmed, with costs and disbursements to the respondents. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [151 Misc. 387.]